United States District Court
Southern District of Texas
**ENTERED**
August 27, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCELA LINDA ARIAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-5954 |
| | § | |
| MARKWAYNE MULLIN, *et. al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Pending before the Court is Plaintiff's Motion for Temporary Restraining Order and Request for Expedited Hearing (Document No. 7). Having considered the motion, submissions, and applicable law, the Court determines that a hearing is necessary with respect to Plaintiff's motion. Accordingly, the Court hereby

**ORDERS** that a hearing is set to consider Plaintiff's aforementioned motion in this matter on Tuesday, September 8, 2026, at 1:30 PM. The Court further

**ORDERS** that defendants' counsel be present and prepared to present their position on Plaintiff's pending motion at the aforementioned hearing. The Court further

**ORDERS** that the clerk provide notice of the September 8, 2026, hearing to defendants' counsel.

SIGNED at Houston, Texas, on this 27 day of August, 2026.

DAVID HITTNER
United States District Judge