United States District Court
Southern District of Texas
**ENTERED**
October 30, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCELA LINDA ARIAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-5954 |
| | § | |
| MARKWAYNE MULLIN, *et. al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

ORDER

Pending before the Court is Petitioner's Emergency Motion to Enforce Temporary Restraining Order, Request for Expedited Hearing, and Alternative Request for Continuing Preliminary Injunctive Relief (Document No. 13).[1]

"A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of a preliminary relief, that the balance of the equities tips in his favor, and that an injunction is in the public interest." *Winter v. Natural Resources Defense Council,*

[1] The Court notes that this motion was denied in part with respect to Petitioner's request to extend the TRO. However, the Court deferred in part ruling on Plaintiff's request for a preliminary injunction pending a timely response to the motion from the Defendants. *See Order Denying and Deferring in Part*, Document No. 16 at 3. A response has now been filed, and the Court will consider Petitioner's motion to the extent it seeks a preliminary injunction. *See Defendants' Response to Plaintiff's Request for Preliminary Injunction*, Document No. 21 at 1.

*Inc.*, 555 U.S. 7, 20 (2008). "A preliminary injunction 'is an extraordinary and drastic remedy, not to be granted routinely, but only when the movant, by a clear showing, carries a burden of persuasion.'" *Black Fire Fighters Ass'n v. Dallas*, 905 F.2d 63, 65 (5th Cir. 1990) (citing *Holland Am. Ins. Co. v. Succession of Roy*, 777 F.2d 992, 997 (5th Cir. 1985)).

Having considered the motion, submissions, and applicable law, the Court determines that a hearing is necessary to consider Petitioner's request for a preliminary injunction. Accordingly, the Court hereby

**ORDERS** that a motion hearing is set in this matter on November 30, 2026, at 10:30 AM. The Court further

**ORDERS** that Defendant Bret Bradford, ICE Houston Field Office Director, be present at the aforementioned motion hearing.

SIGNED at Houston, Texas, on this 30 day of October, 2026.

DAVID HITTNER
United States District Judge